UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ALBERT HIMER HICKS JR

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

MARGARET M. VAN HOUTEN P-51899
FRANK MURPHY HALL OF JUSTICE
1441 ST. ANTOINE ROOM 100,
DETROIT MICHIGAN 48226

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
May 30, 2024 11:02 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: JW /5-J)

**1:24-cv-564**
Robert J. Jonker
U.S. District Judge

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2. Is the action still pending?   Yes ☐   No ☐
      a. If your answer was no, state precisely how the action was resolved: _____

   _____

   3. Did you appeal the decision?   Yes ☐   No ☑
   4. Is the appeal still pending?   Yes ☐   No ☐
      a. If not pending, what was the decision on appeal? _____

   _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☑
      a. If so, explain: _____

   _____

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff ALBERT HIMER HICKS JR

Place of Present Confinement _____

Address 16212 STRATHMOOR DETROIT MICH. 48235

Place of Confinement During Events Described in Complaint COURT ROOM 504 FRANK MURPHY HALL OF JUSTICE

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 MARGARET M. VAN HOUTEN P51899

Position or Title HON.

Place of Employment FRANK MURPHY HALL OF JUSTICE

Address 1441 ST. ANTOINE Room 100 DETROIT MICH. 48226

Official and/or personal capacity? _____

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

(W.D. Mich. Form – Last Revised: September 2021)

### III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

MARGARET M. VAN HOUTEN INFRINGED ON MY RIGHT TO REPRESENT MYSELF UNDER THE 6TH AMENDMENT

MARGARET M. VAN HOUTEN INFRINGED ON MY RIGHT TO PRIVATE PROPERTY UNDER THE 4TH AMENDMENT FORCE ME TO GIVE MY PHONE NUMBER

MARGARET M. VA HOUTEN ENCROACHMENT OF ARTICLE 1 SEC. 8 CLAUSE 17

MARGARET M. VAN HOUTEN USED COLOR OF LAW AGAINST ME VIOLATED MY RIGHTS TITLE 18 U.S. CODE 241-242

MARGARET M. VAN HOUTEN KEEPS TRYING TO FORCE AN UN LICENSED ATTORNEY ON ME AFTER I CLEARLY STATED I CAN REPRESENT MYSELF.

MARGARET M. VAN HOUTEN IS ALSO INFRINGING ON THE 9TH AND 10TH AMENDMENTS NO POWER EXIST TO TAKE AWAY RIGHTS PREVIOUSLY GUARANTEED BY THE CONSTITUTION

MORE ON ATTACHED SHEET

Albert H Hicks Jr
16212 Strathmoor
Detroit Michigan 48235
313 723 3055 /313 736 5507
Onlystarintown@gmail.com
PLANTIFF

On Friday May 3rd of 2024 at 9:00am I was at Frank Murphy Hall of Justice court room 504, the judge residing over my cases 24-000246-01-FH & 23-006306-01-FH was Margaret M. Van Houten. Margaret M.Van Houten then began to infringe on my constitutional rights and freedoms the main issue is that she is practicing law without a State of Michigan License according to MCL. 600.916 Judiscature Act which states that a person shall not practice law or engage in the law business, shall not in any manner whatsoever lead others to believe that he or she is authorized to practice law or engage in the law business, the State of Michigan Licensing Commission does not issue any license to practice law.
Murdock vs Pennsylvania 319 U.S. 105 clearly states that No State can convert a secured liberty into a privilege, issue a license and attach a fee to it..
Shuttleworth vs Birmingham Alabama 373 U.S.262 States that if a state does convert your right into a privilege, and issue a license and attach a fee to it, you can ignore the license and feel and engage in the right with impunity.
Margaret M. Van Houten refuse to honor her oath of office to defend the constitution of the United States, she also violated Title 18 U.S. code section 242 that makes it a crime for a person acting under color of law to willingly deprive a person of a right or privilege protected by the Constitution or laws of the United States, Margaret M. Van Houten also showed abuse of power by threat of arrest for my 4th Amendment right to my private property and effects for my phone number. Margaret M. Van Houten has failed Article 11 paragraph 1, the Supreme Court decision of Boyd vs U.S. 116 U.S. 616 Briefs vs U.S. 273 U.S. 28, Murdock vs Pennsylvania 319 U.S. 105,Margaret M.Van Houten is also infringing on the 9th Amendment of the Constitution of the United States which forbids adding to the constitution any laws whatsoever that takes away rights that are previously guaranteed and the 10th Amendment says No powers existed to take away rights previously guaranteed. Margaret M. Van Houten has also forced me to go to psychological evaluation simply because I stated my constitutional rights what she said I didn't understand and they do not stand in her Court of law, she has also forced and so-called attorney Brian Brown on me so I can't represent myself with the Constitution of the United States.
Margaret M. Van Houten is in total violation of her corporate charter and should be stopped and under Title 42 U.S.code section 1983 will be sued for Deprivation of rights and encroachment of Article 1 paragraph 13, Article 1 section 8 clause 17, Article 6, 4th Amendment, 5th Amendment, 6th Amendment, 14th Amendment, Canon 1, Canon 2, Canon 7, I am trying to get copies of the transcripts from the day in court to use as evidence against her I am also asking my friend who witnessed this inside of the courtroom to come in my behalf because no so called attorneys and lawyers in that court room did anything to defend me nor the constitution of the United States, Article 6 paragraph 2 of the Constitution of the United States says

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

I Albert Himer Hicks Jr hereby invoke and refuse to waive all of my rights and privileges afforded to me by the United States Constitution

IV. **Relief**

State briefly and precisely what you want the court to do for you.

My PRAYER IS FOR RELIEF AND ATTACH BANK BUSINESS AND HOME FOR INFRINGING ON MY CONSTITUTIONAL RIGHTS AND FREEDOMS OF THE CONSTITUTION OF THE UNITED STATES AND THE GENERAL LAWS OF THE STATE OF MICHIGAN

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☑ I request that this case be assigned to a district judge.

May 30, 2024
Date

Signature of Plaintiff (Albert Hicks Jr.)

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

SHIP TO:
110 MICHIGAN ST NW
GRAND RAPIDS MI 49503-2300

C040

USPS TRACKING® #

9500 1105 7981 4149 3607 15

U.S. District Court
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

16212 Strath Moor
Det. Mich, 48235

